■ In the Matter of ARCHER W., Respondent, v COMMISSIONER OF SOCIAL SERVICES, Respondent, and MELANIE P. et al., Appellants. (And Another Title.) [604 NYS2d 792] —In a child custody proceeding pursuant to Family Court Act article 6, the intervenors, former foster parents, appeal from an order of the Family Court, Kings County (Weinstein, J.), dated May 2, 1991, which, *inter alia,* denied their application to reopen prior custody and paternity proceedings.

Ordered that the order is affirmed, without costs or disbursements.

Under the circumstances of this case, we find that the Family Court did not improvidently exercise its discretion in denying the former foster parents' application to reopen the custody proceeding which had resulted in a dispositional order awarding custody of the child to his father.

We have examined the appellants' remaining contentions and find them to be without merit. Thompson, J. P., Miller, Lawrence and Copertino, JJ., concur.

■ In the Matter of LYNN WILLIAMS, Appellant, v GUY CHATFIELD, Respondent. [604 NYS2d 793] —In a child custody proceeding pursuant to Family Court Act article 6, the petitioner appeals, as limited by her brief, from so much of an order of the Family Court, Orange County (Ludmerer, J.) entered December 21, 1990, which, *inter alia,* denied her application for expanded visitation, after a hearing.

Ordered that the order is affirmed insofar as appealed from, without costs or disbursements.

A review of the record indicates that the denial of the petitioner's application for expanded visitation was properly based on the best interests of the child (Domestic Relations Law §§ 70, 240).

We have reviewed the petitioner's remaining contentions and conclude that they are without merit. Bracken, J. P., Balletta, Eiber, O'Brien and Pizzuto, JJ., concur.